NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FREEBIT AS,**
*Appellant*

**v.**

**BOSE CORPORATION,**
*Appellee*

---

2018-2365, 2018-2366

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2017-00129, IPR2017-00130.

---

## JUDGMENT

---

TIA FENTON, Oblon LLP, Alexandria, VA, argued for appellant. Also represented by WILBUR T. BAKER, LISA MANDRUSIAK.

ANDREW KOPSIDAS, Fish & Richardson, PC, Washington, DC, argued for appellee. Also represented by CHRISTOPHER DRYER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td>October 8, 2019</td><td>/s/ Peter R. Marksteiner</td></tr>
<tr><td>Date</td><td>Peter R. Marksteiner<br>Clerk of Court</td></tr>
</table>